# Exhibit 3

**Infringement Claim Chart for U.S. Pat. No. US10237420B1 v. Quora ("Defendant")**

| Claims | Evidence |
| --- | --- |
| 20. A method of processing requests, comprising: | The Quora platform with system-generated Searching Service performs a method of processing requests.<br>For Example, Quora Searching Service receive user request, process them, and provides needed information right at the system. So, it helps you find what you're looking for and stay in control of what you see.<br>Quora Search for questions, people, and topics Sign In<br>Source: https://www.quora.com/How-does-Quora-work<br>The heart of Quora is questions — questions that affect the world, questions that explain recent world events, questions that guide important life decisions, and questions that provide insights into why other people think differently. Quora is a place where you can ask questions that matter to you and get answers from people who have been there and done that. Quora is where scientists, artists, entrepreneurs, mechanics, and homemakers take refuge from misinformation and incendiary arguments to share what they know.<br>Source: https://www.quora.com/about |

| | |
|---|---|
| | Quora's answers come from people who really understand the issues and have first-hand knowledge. Quora is the place to read Barack Obama on the Iran deal, prisoners on life in prison, scientists on global warming, police officers on how to deter burglars, and TV producers on how their shows are made. Quora is the place to read inspiring people such as Gloria Steinem, Stephen Fry, Hillary Clinton, Glenn Beck, Sheryl Sandberg, Vinod Khosla, and Gillian Anderson directly answering the questions people most wanted them to answer. Quora is where you can read important insights that have never been shared anywhere else, from people you could never reach any other way.<br><br>Source: https://www.quora.com/about<br><br>Quora is a platform that allows users to ask and answer questions on a wide range of topics. Users can submit questions on any topic, and other users can respond with answers. These answers can then be upvoted or downvoted by other users, allowing the community to collectively determine the best answers to any given question. Additionally, users can follow specific topics, questions, or other users to stay updated on the latest information and discussions. Overall, Quora aims to be a reliable source of information and knowledge on a wide range of subjects.<br><br>Source: https://www.quora.com/How-does-Quora-work |
| estimating at least one | The Quora platform with system-generated Searching Service estimates at least one content-specific or requestor-specific characteristic associated with each received request. |

| | |
|---|---|
| content-specific or requestor-specific characteristic associated with each received request; | For Example, Quora estimates at least one content-specific (i.e., search query parameters (what the user looking for)) or requestor-specific (user's intent) characteristic associated with each received request.<br><br>Quora is a popular question-and-answer platform that allows users to ask and answer questions on a wide range of topics. It was founded in 2009 by Adam D'Angelo and Charlie Cheever, both former employees of Facebook, and has since grown to become one of the largest and most active Q&A sites on the internet.<br><br>Source: https://www.quora.com/How-does-Quora-work<br><br><br><br>Source: https://www.quora.com/search?q=what%20is%20AI |



Source: https://www.quora.com/?time=1685092900152927&uid=2206316157&unh=e768004dd77ac7682167ea0cb71724ee

Quora attracts a variety of professionals for different purposes. Business personnel use Quora to promote their services, stay up-to-date with developments in their domain, and establish themselves as experts by answering questions related to their field. Content writers use it to find inspiration and information for their articles. Researchers and academics use it to connect with others in their space and gather information on the desired subject.

Source: https://learn.g2.com/what-is-quora#:~:text=How%20does%20Quora%20work%3F,most%20informative%20and%20relevant%20response.

| | |
|---|---|
| | As mentioned before, the Quora community generates all the platform content. When a user posts a question, other users with expertise or interest in the subject can reply. Users then upvote and downvote answers to surface the most informative and relevant response.<br><br>Source: https://learn.g2.com/what-is-quora#:~:text=How%20does%20Quora%20work%3F,most%20informative%20and%20relevant%20response. |
| determining availability of a plurality of alternate target resources, each respective target resource having at least one respective target characteristic; | The Quora platform with system-generated Searching Service determines a set of available alternate target resources, each having at least one respective target characteristic.<br>For Example, Quora uses natural language understanding technologies to understand what is being requested and on the basis of this, determine resources (content) on the characteristic such as current availability and query matching of the resources.<br><br>One of the unique features of Quora is its emphasis on expertise and quality. The platform encourages users to provide high-quality, informative answers based on their knowledge and experience, and awards recognition to users who are recognized as experts in specific areas. Quora also has a team of moderators who monitor and remove inappropriate content, such as spam or hate speech, to maintain the integrity of the site.<br><br>Source: https://www.quora.com/How-does-Quora-work |

| | |
|---|---|
| | Quora's algorithm uses a variety of signals to determine the expertise of a person providing an answer. Here are some of the key factors that the algorithm considers:<br><br>1. Credentials: The algorithm considers any credentials or qualifications that a person has listed on their profile, such as degrees, certifications, or professional affiliations. Answers from people with relevant credentials are more likely to be considered expert.<br>2. Activity: The algorithm also takes into account a person's activity on the Quora platform, including the number of questions they have answered, the number of upvotes they have received, and the level of engagement their answers have generated. Users who are active and well-regarded on the platform are more likely to be considered expert.<br>3. Endorsements: Quora allows users to endorse other users for their knowledge and expertise in specific areas. The algorithm considers these endorsements when assessing a person's expertise.<br><br>Source: https://www.quora.com/How-does-Quora-work<br><br>By taking all of these factors into account, Quora's algorithm can assess a person's expertise in a particular area and use that information to rank theiranswers accordingly. It's worth noting that while the algorithm considers these factors, expertise is ultimately subjective and can vary depending on the topic and context. Additionally, the algorithm is constantly evolving to improve the accuracy and relevance of its assessments of expertise. |

Source: https://www.quora.com/How-does-Quora-work

As mentioned before, the Quora community generates all the platform content. When a user posts a question, other users with expertise or interest in the subject can reply. Users then upvote and downvote answers to surface the most informative and relevant response.

Source: https://learn.g2.com/what-is-quora#:~:text=How%20does%20Quora%20work%3F,most%20informative%20and%20relevant%20response.

Source: https://www.quora.com/search?q=what%20is%20AI

| | |
|---|---|
| | As mentioned before, the Quora community generates all the platform content. When a user posts a question, other users with expertise or interest in the subject can reply. Users then upvote and downvote answers to surface the most informative and relevant response.<br><br>Source: https://learn.g2.com/what-is-quora#:~:text=How%20does%20Quora%20work%3F,most%20informative%20and%20relevant%20response.<br><br>Quora's answers come from people who really understand the issues and have first-hand knowledge. Quora is the place to read Barack Obama on the Iran deal, prisoners on life in prison, scientists on global warming, police officers on how to deter burglars, and TV producers on how their shows are made. Quora is the place to read inspiring people such as Gloria Steinem, Stephen Fry, Hillary Clinton, Glenn Beck, Sheryl Sandberg, Vinod Khosla, and Gillian Anderson directly answering the questions people most wanted them to answer. Quora is where you can read important insights that have never been shared anywhere else, from people you could never reach any other way.<br><br>Source: https://www.quora.com/about |

| | |
|---|---|
| | Quora is a platform that allows users to ask and answer questions on a wide range of topics. Users can submit questions on any topic, and other users can respond with answers. These answers can then be upvoted or downvoted by other users, allowing the community to collectively determine the best answers to any given question. Additionally, users can follow specific topics, questions, or other users to stay updated on the latest information and discussions. Overall, Quora aims to be a reliable source of information and knowledge on a wide range of subjects.<br><br>Source: https://www.quora.com/How-does-Quora-work |
| evaluating, with at least one automated processor, a plurality of alternate allocations of the respective received request with different available targets, according to a ranking dependent on a probabilistic predictive multivariate evalua | The Quora platform with system-generated Searching Service evaluates, with the automated processor, a plurality of alternate allocations of the respective received request with different available targets, according to a ranking dependent on a probabilistic predictive multivariate evaluator, based on the at least one content-specific or requestor-specific characteristic, and the respective target characteristics of the plurality of alternate target resources.<br>For Example, Quora uses the content-specific or requestor-specific characteristics of the request and the availability and characteristics parameters of the target resources to evaluate a plurality of alternate allocations of the respective received request with different available resources via artificial intelligence techniques such as neural networks and machine learning. |

| | |
|---|---|
| tor, based on the at least one content-specific or requestor-specific characteristic, and the respective target characteristics of the plurality of alternate target resources; and | Quora uses a combination of factors to rank answers. These include the quality and relevance of the answer, the reputation and expertise of the person who wrote the answer, the number of upvotes and views the answer has received, and the level of engagement the answer has generated.The platform's algorithm also takes into account the answer's relevance to the question, the answer's length, and the use of images, videos and links in the answer. Additionally, the algorithm takes into account the question's views, upvotes, and the number of answers it has received.Answers that are deemed to be of high quality and relevant to the question will be ranked higher than others. Users can upvote answers they find helpful, and downvote answers they find irrelevant. This user feedback helps to further refine the ranking of answers.<br><br>Source: https://www.quora.com/How-does-the-ranking-of-answers-on-Quora-work<br><br>Quora's algorithm updates the ranking of answers in real-time as new data becomes available. This means that as users interact with questions and answers, the algorithm continually adjusts the ranking of answers to reflect the changing preferences and interests of the Quora community. However, the frequency and extent of these updates may vary depending on a number of factors, such as the number of users interacting with aparticular question or answer, the level of engagement generated by the question or answer, and the overall activity level on the platform. Typically, answers that receive a high number of upvotes and engagement will rank higher than those that do not, but the algorithm takes a variety of other factors into account as well. It's also worth noting that Quora periodically updates its algorithm to improve the quality and relevance of its content, so the specific factors that influence answer ranking may change over time. |

| | |
|---|---|
| | Source: https://www.quora.com/How-does-the-ranking-of-answers-on-Quora-work<br><br>Answer ranking on Quora is a complex process that takes into account a variety of factors. The goal of the ranking algorithm is to ensure that the best and most relevant answers are displayed at the top of the page, making it easy for users to find the information they're looking for. Here are some of the key factors that Quora's algorithm considers when ranking answers:<br><br>Source: https://www.quora.com/How-does-the-ranking-of-answers-on-Quora-work<br><br>Relevance: The algorithm also considers the relevance of an answer to the question being asked. Answers that directly address the question and provide useful information are more likely to rank higher than those that are tangential or irrelevant.<br>Expertise: Quora places a high value on the expertise of the person providing the answer. Answers from users who are recognized as experts in a particular field are more likely to rank higher than those from users with less experience or knowledge.<br><br>Source: https://www.quora.com/How-does-the-ranking-of-answers-on-Quora-work |

| | |
|---|---|
| | Certainly! Quora's algorithm uses a variety of signals to determine the relevance of an answer to a given question. Here are some of the key factors that the algorithm considers:<br>1. Keyword matching: The algorithm looks for keywords and phrases in the question and compares them to the content of each answer. Answers that contain the same or similar keywords are more likely to be considered relevant.<br>2. Topic modeling: Quora uses machine learning algorithms to analyze the content of questions and answers and identify the underlying topics and themes. Answers that are closely related to the topic of the question are more likely to be ranked higher.<br>3. User behavior: The algorithm also takes into account how users interact with the question and answers. For example, if many users click on a particular answer after reading the question, that answer is likely to be ranked higher in relevance.<br>4. Expertise: As I mentioned earlier, the expertise of the person providing the answer is also a factor. If the person is known to be an expert in the topic related to the question, their answer is more likely to be considered relevant.<br><br>Source: https://www.quora.com/How-does-the-ranking-of-answers-on-Quora-work<br><br>By taking all of these factors into account, Quora's algorithm can assess a person's expertise in a particular area and use that information to rank theiranswers accordingly. It's worth noting that while the algorithm considers these factors, expertise is ultimately subjective and can vary depending on the topic and context. Additionally, the algorithm is constantly evolving to improve the accuracy and relevance of its assessments of expertise.<br><br>Source: https://www.quora.com/How-does-Quora-work |

| | |
|---|---|
| generating a control signal , by the at least one automated processor, selectively dependent on the evaluating, to control the allocations of the respective received request with the different available targets. | The Quora platform with system-generated Searching Service generates a control signal, by the automated processor, selectively dependent on the evaluating, to control the allocations of the respective received request with the different available targets.<br>For Example, responsive to the evaluation, Quora generates a control signal for the allocation of the different available resources. The control signal is selectively dependent on the evaluation in view of other factors such as the overall throughput of the system and the priority and requirements of other concurrent requests.<br><br>Certainly! Quora's algorithm uses a variety of signals to determine the relevance of an answer to a given question. Here are some of the key factors that the algorithm considers:<br>1. Keyword matching: The algorithm looks for keywords and phrases in the question and compares them to the content of each answer. Answers that contain the same or similar keywords are more likely to be considered relevant.<br>2. Topic modeling: Quora uses machine learning algorithms to analyze the content of questions and answers and identify the underlying topics and themes. Answers that are closely related to the topic of the question are more likely to be ranked higher.<br>3. User behavior: The algorithm also takes into account how users interact with the question and answers. For example, if many users click on a particular answer after reading the question, that answer is likely to be ranked higher in relevance.<br>4. Expertise: As I mentioned earlier, the expertise of the person providing the answer is also a factor. If the person is known to be an expert in the topic related to the question, their answer is more likely to be considered relevant.<br><br>Source: https://www.quora.com/How-does-the-ranking-of-answers-on-Quora-work |

| | |
|---|---|
| | Bytaking all of these factors into account, Quora's algorithm can determine the relevance of an answer to a given question and rank it accordingly. It's worth noting that the relative importance of each factor can vary depending on the specific question and context, and Quora's algorithm is constantly evolving to improve the relevance and quality of its content.<br><br>Source: https://www.quora.com/How-does-the-ranking-of-answers-on-Quora-work<br><br>Quora's algorithm uses a variety of signals to determine the expertise of a person providing an answer. Here are some of the key factors that the algorithm considers:<br><br>Source: https://poe.com/Sage |