# Exhibit 4

| | |
|---|---|
| Infringement Claim Chart for U.S. Pat. No. US8831205B1 Vs Quora, Inc ("Defendant") | |

| Claim7 | Evidence |
|---|---|
| 7) A method for defining mutually exclusive communication channels between users, comprising: | The Quora platform with system-generated follow recommendations performs a method for defining mutually exclusive communication channels between users.<br><br>For example, the platform automatically generates follow recommendations based on user profiles. There are different types of follow recommendation including recommendations for a connection with another user. Each such follow recommendation is unique and therefore mutually exclusive from all others. Each such follow recommendation is delivered to the user for whom the recommendation is made, thereby defining a mutually exclusive communication channel between that user and the other user.<br><br>The heart of Quora is questions — questions that affect the world, questions that explain recent world events, questions that guide important life decisions, and questions that provide insights into why other people think differently. Quora is a place where you can ask questions that matter to you and get answers from people who have been there and done that. Quora is where scientists, artists, entrepreneurs, mechanics, and homemakers take refuge from misinformation and incendiary arguments to share what they know.<br><br>Source: https://www.quora.com/about |

> Quora is a question-and-answer website where people go to find information. Every piece of content on the site is generated by users, meaning it is created, edited, and organized by the same people that use the website.

Source: https://learn.g2.com/what-is-quora#:~:text=Ho

> Quora aims to create a community of individuals who share and learn from each other. It is super easy to use the platform and connect with people worldwide.

Source: https://learn.g2.com/what-is-quora#:~:text=Ho

> Quora is a platform that allows users to ask and answer questions on a wide range of topics. Users can submit questions on any topic, and other users can respond with answers. These answers can then be upvoted or downvoted by other users, allowing the community to collectively determine the best answers to any given question. Additionally, users can follow specific topics, questions, or other users to stay updated on the latest information and discussions. Overall, Quora aims to be a reliable source of information and knowledge on a wide range of subjects.

Source: https://www.quora.com/How-does-Quora-work

> You can then start to follow things that interest you. Quora is the perfect mix between a search engine and social media. You follow things on the website, but there is a greater emphasis on topics, like the ones shown below, rather than people. Either way, whatever you choose to follow will make up the content in your feed.

Source: https://learn.g2.com/what-is-quora#:~:text=Ho

> **Related** **How does Quora determine what to recommend for me?**
> The algorithms are based on:
> - what topics you follow
> - what users you follow
> - what you upvote or downvote
> - what your followed users upvote or downvote
> - who are the users that your followed users follow (cf "you have common friends with these person")
> - in which questions (and under which topics) you leave answers.

Source: https://www.quora.com/How-does-Quora-make-recommendations

### 3. How does Quora work?

As mentioned before, the Quora community generates all the platform content. When a user posts a question, other users with expertise or interest in the subject can reply. Users then upvote and downvote answers to surface the most informative and relevant response.

Source: https://learn.g2.com/what-is-quora#:~:text=Ho



4

| | |
|---|---|
| | Source: https://learn.g2.com/what-is-quora#:~:text=Ho |
| a) maintaining a plurality of user profiles for a plurality of users, each user profile comprising a plurality of user characteristics; | The Quora platform with system-generated follow recommendations maintains a plurality of user profiles for a plurality of users, each user profile comprising a plurality of user characteristics.<br><br>For example, the platform maintains a profile for each user. The profile includes user characteristics entered by the user such as subjects of interest to the user. The profile can also include system-derived characteristics of the user based on the user's past use of the platform such as topics the user follows, users that the user follows, content that the user has upvoted and downvoted.<br><br>> To use Quora, you need to create an account. Make sure to follow subjects of your interest. Quora covers a wide range of topics, from business to art and science to technology. Then, you can learn the website's basic functions, like asking and answering a question and upvoting or downvoting an answer according to your liking.<br><br>Source: https://learn.g2.com/what-is-quora#:~:text=Ho<br><br>> Quora is a platform that allows users to ask and answer questions on a wide range of topics. Users can submit questions on any topic, and other users can respond with answers. These answers can then be upvoted or downvoted by other users, allowing the community to collectively determine the best answers to any given question. Additionally, users can follow specific topics, questions, or other users to stay updated on the latest information and discussions. Overall, Quora aims to be a reliable source of information and knowledge on a wide range of subjects. |

Source: https://www.quora.com/How-does-Quora-work

> Related **How does Quora determine what to recommend for me?**
>
> The algorithms are based on:
>
> - what topics you follow
> - what users you follow
> - what you upvote or downvote
> - what your followed users upvote or downvote
> - who are the users that your followed users follow (cf "you have common friends with these person")
> - in which questions (and under which topics) you leave answers.

Source: https://www.quora.com/How-does-Quora-make-recommendations

> **3. How does Quora work?**
>
> As mentioned before, the Quora community generates all the platform content. When a user posts a question, other users with expertise or interest in the subject can reply. Users then upvote and downvote answers to surface the most informative and relevant response.

Source: https://learn.g2.com/what-is-quora#:~:text=Ho

| | |
|---|---|
| b) receiving a plurality of requests for mutually exclusive communication channels among respective users from the plurality of users; | The Quora platform with system-generated follow recommendations receives a plurality of requests for mutually exclusive communication channels among respective users from the plurality of users.<br><br>For example, when a user submits a completed profile, that submission represents a request from the user for the platform to automatically generate, for the user, at least one follow recommendation. The follow recommendation represents a mutually exclusive communication channel between the users that are the subject of the follow recommendation. The platform has multiple users and therefore receives a plurality of such requests.<br><br>> To use Quora, you need to create an account. Make sure to follow subjects of your interest. Quora covers a wide range of topics, from business to art and science to technology. Then, you can learn the website's basic functions, like asking and answering a question and upvoting or downvoting an answer according to your liking.<br><br>Source: https://learn.g2.com/what-is-quora#:~:text=Ho<br><br>> Quora is a platform that allows users to ask and answer questions on a wide range of topics. Users can submit questions on any topic, and other users can respond with answers. These answers can then be upvoted or downvoted by other users, allowing the community to collectively determine the best answers to any given question. Additionally, users can follow specific topics, questions, or other users to stay updated on the latest information and discussions. Overall, Quora aims to be a reliable source of information and knowledge on a wide range of subjects.<br><br>Source: https://www.quora.com/How-does-Quora-work |

> **Related** **How does Quora determine what to recommend for me?**
>
> The algorithms are based on:
>
> - what topics you follow
> - what users you follow
> - what you upvote or downvote
> - what your followed users upvote or downvote
> - who are the users that your followed users follow (cf "you have common friends with these person")
> - in which questions (and under which topics) you leave answers.

Source: https://www.quora.com/How-does-Quora-make-recommendations

> **3. How does Quora work?**
>
> As mentioned before, the Quora community generates all the platform content. When a user posts a question, other users with expertise or interest in the subject can reply. Users then upvote and downvote answers to surface the most informative and relevant response.

Source: https://learn.g2.com/what-is-quora#:~:text=Ho

8

| | |
|---|---|
| | Quora's algorithm uses a variety of signals to determine the expertise of a person providing an answer. Here are some of the key factors that the algorithm considers:<br><br>1. Credentials: The algorithm considers any credentials or qualifications that a person has listed on their profile, such as degrees, certifications, or professional affiliations. Answers from people with relevant credentials are more likely to be considered expert.<br>2. Activity: The algorithm also takes into account a person's activity on the Quora platform, including the number of questions they have answered, the number of upvotes they have received, and the level of engagement their answers have generated. Users who are active and well-regarded on the platform are more likely to be considered expert.<br>3. Endorsements: Quora allows users to endorse other users for their knowledge and expertise in specific areas. The algorithm considers these endorsements when assessing a person's expertise.<br><br>Source: https://www.quora.com/How-does-Quora-work |
| c) performing a combinatorial optimization | The Quora platform with system-generated follow recommendations performs a combinatorial optimization with an automated processor, to predict a net benefit of the mutually exclusive communication channels between respective users of the plurality of |

9

| | |
|---|---|
| with an automated processor, to predict a net benefit of the mutually exclusive communication channels between respective users of the plurality of users, with respect to an optimization criteria representing a net value of each respective mutually exclusive communication channel for a plurality of mutually exclusive communication channels, based on at least the plurality of user | users, for optimization criteria representing a net value of each respective mutually exclusive communication channel for a plurality of mutually exclusive communication channels, based on at least the plurality of user profiles.<br><br>For example, as an algorithm-assisted social media platform, Quora strives to provide follow recommendations that will be seen as favorable to as many users of the platform as possible. This means that, as optimization criteria, the platform seeks to maximize the overall value, or net benefit, of follow recommendations that are presented to the users of the platform. The value of each follow recommendation is based on the characteristics in the user profiles of the users that are the subject of that follow recommendation. A processor in the platform determines a net value for each potential follow recommendation. To meet the optimization criteria, the platform selects, from the potential follow recommendations, a set of follow recommendations to present to the users that have a maximum net benefit to the users of the platform.<br><br>> Quora aims to create a community of individuals who share and learn from each other. It is super easy to use the platform and connect with people worldwide.<br><br>Source: https://learn.g2.com/what-is-quora#:~:text=Ho |

| | |
|---|---|
| profiles; and | Quora's algorithm uses a variety of signals to determine the expertise of a person providing an answer. Here are some of the key factors that the algorithm considers:<br><br>1. Credentials: The algorithm considers any credentials or qualifications that a person has listed on their profile, such as degrees, certifications, or professional affiliations. Answers from people with relevant credentials are more likely to be considered expert.<br>2. Activity: The algorithm also takes into account a person's activity on the Quora platform, including the number of questions they have answered, the number of upvotes they have received, and the level of engagement their answers have generated. Users who are active and well-regarded on the platform are more likely to be considered expert.<br>3. Endorsements: Quora allows users to endorse other users for their knowledge and expertise in specific areas. The algorithm considers these endorsements when assessing a person's expertise.<br><br>Source: https://www.quora.com/How-does-Quora-work<br><br>You can then start to follow things that interest you. Quora is the perfect mix between a search engine and social media. You follow things on the website, but there is a greater emphasis on topics, like the ones shown below, rather than people. Either way, whatever you choose to follow will make up the content in your feed.<br><br>Source: https://learn.g2.com/what-is-quora#:~:text=Ho |

> Related **How does Quora determine what to recommend for me?**
> The algorithms are based on:
> - what topics you follow
> - what users you follow
> - what you upvote or downvote
> - what your followed users upvote or downvote
> - who are the users that your followed users follow (cf "you have common friends with these person")
> - in which questions (and under which topics) you leave answers.

Source: https://www.quora.com/How-does-Quora-make-recommendations

> Quora is a platform that allows users to ask and answer questions on a wide range of topics. Users can submit questions on any topic, and other users can respond with answers. These answers can then be upvoted or downvoted by other users, allowing the community to collectively determine the best answers to any given question. Additionally, users can follow specific topics, questions, or other users to stay updated on the latest information and discussions. Overall, Quora aims to be a reliable source of information and knowledge on a wide range of subjects.

Source: https://www.quora.com/How-does-Quora-work

|  | To use Quora, you need to create an account. Make sure to follow subjects of your interest. Quora covers a wide range of topics, from business to art and science to technology. Then, you can learn the website's basic functions, like asking and answering a question and upvoting or downvoting an answer according to your liking.<br><br>Source: https://learn.g2.com/what-is-quora#:~:text=Ho<br><br>**3. How does Quora work?**<br><br>As mentioned before, the Quora community generates all the platform content. When a user posts a question, other users with expertise or interest in the subject can reply. Users then upvote and downvote answers to surface the most informative and relevant response.<br><br>Source: https://learn.g2.com/what-is-quora#:~:text=Ho |
|---|---|
| d) storing in a memory a description of an optimum set of mutually exclusive communication channels. | The Quora platform with system-generated follow recommendations stores in a memory a description of an optimum set of mutually exclusive communication channels.<br><br>For example, for a user to access the system-generated follow recommendations that the platform has selected to present to the user when the user logs into the platform, the platform stores these follow recommendations in a memory associated with the platform. This is done for all users of the platform, which means that the entire set of system-generated follow recommendations that the platform has selected to meet the optimization criteria are stored. |

13

> The heart of Quora is questions — questions that affect the world, questions that explain recent world events, questions that guide important life decisions, and questions that provide insights into why other people think differently. Quora is a place where you can ask questions that matter to you and get answers from people who have been there and done that. Quora is where scientists, artists, entrepreneurs, mechanics, and homemakers take refuge from misinformation and incendiary arguments to share what they know.

Source: https://www.quora.com/about

> Quora is a question-and-answer website where people go to find information. Every piece of content on the site is generated by users, meaning it is created, edited, and organized by the same people that use the website.

Source: https://learn.g2.com/what-is-quora#:~:text=Ho

14

> To use Quora, you need to create an account. Make sure to follow subjects of your interest. Quora covers a wide range of topics, from business to art and science to technology. Then, you can learn the website's basic functions, like asking and answering a question and upvoting or downvoting an answer according to your liking.

Source: https://learn.g2.com/what-is-quora#:~:text=Ho

> **3. How does Quora work?**
>
> As mentioned before, the Quora community generates all the platform content. When a user posts a question, other users with expertise or interest in the subject can reply. Users then upvote and downvote answers to surface the most informative and relevant response.

Source: https://learn.g2.com/what-is-quora#:~:text=Ho

> Quora aims to create a community of individuals who share and learn from each other. It is super easy to use the platform and connect with people worldwide.

Source: https://learn.g2.com/what-is-quora#:~:text=Ho

| | |
|---|---|
| | Quora is a platform that allows users to ask and answer questions on a wide range of topics. Users can submit questions on any topic, and other users can respond with answers. These answers can then be upvoted or downvoted by other users, allowing the community to collectively determine the best answers to any given question. Additionally, users can follow specific topics, questions, or other users to stay updated on the latest information and discussions. Overall, Quora aims to be a reliable source of information and knowledge on a wide range of subjects.<br><br>Source: https://www.quora.com/How-does-Quora-work<br><br>You can then start to follow things that interest you. Quora is the perfect mix between a search engine and social media. You follow things on the website, but there is a greater emphasis on topics, like the ones shown below, rather than people. Either way, whatever you choose to follow will make up the content in your feed.<br><br>Source: https://learn.g2.com/what-is-quora#:~:text=Ho |