# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATENT ARMORY INC., <br><br> *Plaintiff,* <br><br> v. <br><br> QUORA, INC., <br><br> *Defendant.* | Civil Action No. 23-cv-812-MN <br><br> **JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff Patent Armory Inc. ("Plaintiff") filed its Complaint against Defendant, Quora, Inc. ("Defendant") on July 28, 2023. (D.I. 1). Pursuant to Local Rule 7.1.1, Counsel for Defendant has requested an extension of time in which to answer Plaintiff's complaint and Plaintiff indicated it does not oppose Defendant's request. Therefore, Plaintiff hereby moves this Court for an extension of time until October 2, 2023 for Defendant to move, answer, or otherwise respond to the Complaint.

Dated: August 3, 2023

Respectfully submitted,

*/s/ Benjamin Schladweiler*
Benjamin Schladweiler (#4601)
GREENBERG TRAURIG, LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone: (302) 661-7352
Email: schladweilerb@gtlaw.com

*Attorneys for Defendant Quora, Inc.*