# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATENT ARMORY INC., *Plaintiff,* v. QUORA, INC., *Defendant.* | Civil Action No. 23-cv-812-MN |

## [PROPOSED] ORDER

NOW, this ___ day of _____, 2023, having considered Defendant's Unopposed Motion for an Extension of Time for Defendant to Respond to Plaintiff's Complaint, IT IS HEREBY ORDERED that the Motion is GRANTED. Defendants shall have until October 2, 2023, to move, answer or otherwise respond to the Complaint.

_____
UNITED STATES DISTRICT JUDGE