## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATENT ARMORY INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>QUORA, INC.,<br><br>*Defendant.* | Civil Action No. 23-cv-812-MN<br><br>**JURY TRIAL DEMANDED** |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Joshua L. Raskin, of the law firm Greenberg Traurig, LLP, to represent Defendant Quora, Inc. in this action.

          */s/ Benjamin J. Schladweiler*
          Benjamin J. Schladweiler (#4601)
          GREENBERG TAURIG, LLP
          222 Delaware Avenue, Suite 1600
          Wilmington, DE 19801
          Phone: (302) 661-7000
          Fax: (302) 661-7360
          schladweilerb@gtlaw.com

Dated: August 3, 2023           *Counsel for Defendant Quora, Inc.*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____, 2023            _____
          United States District Court Judge