## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  August 3, 2023

                                           */s/ Joshua L. Raskin*
                                           Joshua L. Raskin, Esquire
                                           GREENBERG TRAURIG, LLP
                                           One Vanderbilt Avenue
                                           New York, NY 10017
                                           Phone: (212) 801-6930
                                           joshua.raskin@gtlaw.com