# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATENT ARMORY INC., <br><br> *Plaintiff,* <br><br> v. <br><br> QUORA, INC., <br><br> *Defendant.* | Civil Action No. 23-cv-812-MN <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiff Patent Armory Inc. ("Plaintiff") and Defendant Quora, Inc. ("Quora"), subject to the approval of the Court, that Quora's deadline to move, answer, or otherwise respond to Plaintiff's Complaint (D.I. 1) shall be extended from October 2, 2023 to November 2, 2023.

| | |
|---|---|
| */s/ Megan C. Haney* | */s/ Benjamin J. Schladweiler* |
| John C. Phillips, Jr. (#110) | Benjamin J. Schladweiler (#4601) |
| Megan C. Haney (#5016) | GREENBERG TRAURIG, LLP |
| PHILLIPS, MCLAUGHLIN & HALL, P.A. | 222 Delaware Ave., Suite 1600 |
| 1200 North Broom Street | Wilmington, DE 19801 |
| Wilmington, DE 19806 | Phone: (302) 661-7000 |
| Phone: (302) 655-4200 | schladweilerb@gtlaw.com |
| jcp@pmhdelaw.com | |
| mch@pmhdelaw.com | *Counsel for Defendant Quora, Inc.* |

*Counsel for Plaintiff Patent Armory, Inc.*

Dated: September 28, 2023

    **SO ORDERED** this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE