# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PATENT ARMORY INC.,**<br><br>Plaintiff,<br><br>*v.*<br><br>**QUORA, INC.,**<br><br>Defendant. | CASE No. 1:23-CV-00812-MN<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff PATENT ARMORY INC. hereby dismisses this action without prejudice. Defendant QUORA, INC. has not yet answered the Complaint or moved for summary judgment.

Date: October 27, 2023

Respectfully submitted,

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
Phillips, McLaughlin & Hall, P.A.
1200 North Broom Street
Wilmington DE, 19806
(302) 655-4200
JCP@PMHDELaw.com
MCH@PMHDELaw.com

Isaac Rabicoff
Rabicoff Law LLC
(*pro hac vice forthcoming*)
600 Mamaroneck Ave STE 400
Harrison, NY 10528
Tel. (773) 669-4590
issac@rabilaw.com

**Attorneys for Plaintiff**
**Patent Armory Inc.**

SO ORDERED this _____ day of _____, _____.

_____
The Honorable Maryellen Noreika
United States District Court Judge